```
 1  Lawrence J. Gornick (SBN 136290)
    Emily Charley (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, California 94104
    Tel: (415) 646-7160
 4  Fax: (415) 981-1270
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  KIMBERLY WICKHAM,            )  No. C 05 4901 JL
                                 )
12              Plaintiff,       )  Before the Honorable JAMES LARSON
                                 )
13  vs.                          )  [PROPOSED] ORDER VACATING
                                 )  AND/OR CONTINUING CASE
14                               )  MANAGEMENT CONFERENCE
    ELI LILLY AND COMPANY,       )
15                               )  Conference Date:  MARCH 29, 2006
                Defendant.       )  Conference Time:  10:30 a.m.
16                               )  Location:         Courtroom F, 15TH Fl.
```

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the MARCH 29, 2006 Case Management Conference ("CMC") to July 26, 2006, at 10:30 a.m. In the event the case is not transferred to the Honorable Ciaudia Wiiken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: March 24, 2006

*[signed]* Judge James Larson
HONORABLE JAMES LARSON
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1